# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 3, 2016, the cause upon appeal to revise or reverse your judgment between

Erick Lopez, Appellant

V.

Adam Huron D/B/A Adam's Mexican Food Products, Appellee

No. 04-15-00327-CV and Tr. Ct. No. 2012-CI-18827

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion dated February 3, 2016, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Adam Huron d/b/a Adam's Mexican Food Products, recover his costs of this appeal and the full amount of the trial court's judgment from appellant Erick Lopez and from the cash deposit in lieu of supersedeas bond. After all costs and the full amount of the trial court's judgment have been paid, the clerk of the district court is directed to release the balance, if any, of the cash deposit to Jeremy J. Cook, as attorney for appellant Erick Lopez.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 6, 2016.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00327-CV

**Erick Lopez**

**v.**

**Adam Huron D/B/A Adam's Mexican Food Products**

(NO. 2012-CI-18827 IN 150TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | BRITTANY WEIL |
| MOTION FEE | $15.00 | E-PAID | JEREMY J COOK |
| MOTION FEE | $10.00 | E-PAID | JEREMY COOK |
| MOTION FEE | $15.00 | E-PAID | JEREMY COOK |
| MOTION FEE | $10.00 | E-PAID | DANA M PELLEGRINE |
| SUPPLEMENTAL CLERK'S RECORD | $28.00 | PAID | CURL S GEIS |
| SUPPLEMENTAL CLERK'S RECORD | $28.00 | PAID | JEREMY J. COOK |
| MOTION FEE | $10.00 | E-PAID | BRITTANY WEIL |
| REPORTER'S RECORD | $5,705.61 | PAID | |
| CLERK'S RECORD | $84.00 | PAID | J. COOK |
| FILING | $100.00 | E-PAID | JEREMY COOK |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | JEREMY COOK |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | JEREMY COOK |
| INDIGENT | $25.00 | E-PAID | JEREMY COOK |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 6, 2016.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853